UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STATE FARM LLOYDS INSURANCE COMPANY AS SUBROGEE OF DAVID AND CHRISTY TEETER, §§§§§ Plaintiff, § | |
| § | CIVIL ACTION NO: 3:13-cv-01405-M |
| vs. §§ | |
| TITEFLEX CORPORATION, GASTITE DIVISION, §§§ Defendant, § | |

## MOTION FOR DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now Plaintiff, **STATE FARM LLOYDS AS SUBROGEE OF DAVID AND CHRISTY TEETER**, and files this its Motion for Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), and would show the Court the following:

1. Plaintiff is State Farm Lloyds as Subrogee of David and Christy Teeter; Defendant is Titeflex Corporation, Gastite Division.

2. On February 22, 2013 Plaintiff sued Defendant in State Court. This matter was removed to Federal Court on April 8, 2013.

3. Plaintiff moves to dismiss this suit as it has settled its claims against Defendant.

4. Defendant, who has answered and appeared in this lawsuit for all matters, agrees to the dismissal. Defendant has no pending counterclaims or cross-claims.

5. This case is not a class action.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

Respectfully submitted,

By:     */s/ Ladd R. Gibke*
    **Ladd R. Gibke**
    State Bar No. 07857400
    **CARPENTER & SCHUMACHER, P.C.**
    Parkway Centre IV
    2701 North Dallas Parkway, Suite 570
    Plano, Texas 75093
    (972) 403-1133
    Fax (972) 403-0311
    lgibke@subrogatelaw.com

*ATTORNEYS FOR PLAINTIFF*
*STATE FARM LLOYDS AS SUBROGEE OF*
*DAVID AND CHRISTY TEETER*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served, in accordance with the Federal Rules of Civil Procedure, upon the following counsel on the   16th   day of July, 2013:

Luke McHenry
Ryan Michael Pierce
Reeves & Brightwell
221 W. 6th Street, Suite 1000
Austin, TX 78701-3410
*Attorneys for Defendant Titeflex*

    */s/ Ladd R. Gibke*
    Ladd R. Gibke